# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IVORY L. CONROD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:20-cv-609-SRC |
| ) | |
| J. BALTAZAR, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER OF TRANSFER

This matter is before the Court upon review of Ivory L. Conrod's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241. Petitioner, an inmate at Texarkana Federal Correctional Institution in Texarkana, Texas, brings this action to challenge the manner in which the Bureau of Prisons is calculating and crediting his sentence. He claims that the Bureau of Prisons has failed to properly credit him for time beginning on March 3, 2015. He states he does not challenge the validity of his conviction or sentence as imposed.

Jurisdiction over a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 lies in either the district of physical confinement, or in the district in which a custodian against whom the petition is properly directed is present. *McCoy v. United States Board of Parole*, 537 F.2d 962, 964 (8th Cir. 1976). Petitioner is not confined within the Eastern District of Missouri, and his custodian is not present in this district. Instead, petitioner is confined within the Eastern District of Texas, and his custodian is present there. *See* 28 U.S.C. § 124(c)(5).

If a district court finds it lacks jurisdiction to entertain a civil action, it may, if it is in the interest of justice, transfer such action to any other district court in which the action could have been brought. 28 U.S.C. § 1631. Upon such transfer, the action proceeds as if it had been originally

filed in the district court to which it is transferred. In the case at bar, this Court finds that it would be in the interest of justice to transfer the instant case to the United States District Court for the Eastern District of Texas.

Accordingly,

**IT IS HEREBY ORDERED** that this action shall be **TRANSFERRED** to the United States District Court for the Eastern District of Texas.

Dated this 18th day of May, 2020.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE